**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rolondo Homero MENENDEZ AREVALO, also known as Rolando Homero Menendez, also known as Anjelino Vasquez, also known as Rolondo Homero Menendez–Arevalo, also known as Rolondo Homero Menedez Arevalo, also known as Rolando Homero Menendez–Arevalo, also known as Angel Vasquez, Defendant–Appellant.**

No. 10–20844
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 24, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Andrew J. Williams, Kingwood, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rolondo Homero Menendez Arevalo has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Menendez did not file a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.